BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §§
Jesse Thompson Martin II §§   Case No.:   11–10027–rlj7
Barbara Ann Martin §§   Chapter No.:   7
Debtor(s) §§

# ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.

DATED:  5/19/11              FOR THE COURT:
                             Tawana C. Marshall, Clerk of Court